## WEST *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 12, September Term, 1965.]

*Decided January 5, 1966.*

Before PRESCOTT, C. J., and HAMMOND, MARBURY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

For the reasons assigned in Judge Sachse's opinion below, as well as petitioner's failure to comply with Maryland Rule BK 46 (b), his application for leave to appeal must be denied.

*Application denied.*